Kenneth S. Montoya, OSB #064467
kenny@montoyalaw.org
Amanda L. Reilly, OSB #194422
Amanda@montoyalaw.org
Montoya Law LLC
350 Mission St. SE, Suite 202
Salem, OR 97302
   Telephone: (503) 990-8436
   Fax: (503) 878-8598
*Of Attorneys for Defendant City of Corvallis*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHARLYN ELLIS, an individual, | Case No. 6:24-cv-00205-AA |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT CITY OF CORVALLIS** |
| v. | |
| CITY OF CORVALLIS, acting by and through the Corvallis City Council, | |
| Defendant. | |

PLEASE TAKE NOTICE that Kenneth S. Montoya, OSB #064467, and Amanda L. Reilly, OSB #194422, of Montoya Law, LLC, 350 Mission Street SE, Suite 202, Salem, Oregon 97302, telephone (503) 990-8436, and email kenny@montoyalaw.org and amanda@montoyalaw.org are being associated with Kerry J. Shepherd and Jordan Pahl of Markowitz Herbold PC as attorneys of record for defendant City of Corvallis.

DATED this 22nd day of February, 2024.

                                             */s/ Amanda L. Reilly*
                                             Kenneth S. Montoya, OSB #064467
                                             kenny@montoyalaw.org
                                             Amanda L. Reilly, OSB #194422
                                             amanda@montoyalaw.org
                                             *Of Attorneys for Defendant City of Corvallis*

Page 1 –   NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT CITY OF CORVALLIS

KENNETH S. MONTOYA
Montoya Law LLC
350 Mission St. SE, Ste 202
Salem, OR  97302
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT CITY OF CORVALLIS** on:

>Jesse Buss
>411 5th St.
>Oregon City, OR 97045-2224
>503-656-4884
>Fax: 503-608-4100
>Email: jesse@WLGpnw.com
>    Of Attorney for Plaintiff
>
>**Kerry J. Shepherd**
>**Jordan Pahl**
>Markowitz Herbold PC
>1455 SW Broadway
>Suite 1900
>Portland, OR 97201
>503-295-3085
>Fax: 503-323-9105
>Email: kerryshepherd@markowitzherbold.com
>Email: JordanPahl@MarkowitzHerbold.com
>    Of Attorneys for Defendant City of Corvallis

by the following indicated method or methods:

> ☒    by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;
>
> ☒    by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;
>
>      by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to plaintiff's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 22nd day of February, 2024.

>  /s/ Amanda L. Reilly
> Kenneth S. Montoya, OSB #064467
> kenny@montoyalaw.org
> Amanda L. Reilly, OSB #194422
> amanda@montoyalaw.org
> *Of Attorneys for Defendant City of Corvallis*

CERTIFICATE OF SERVICE

KENNETH S. MONTOYA
Montoya Law LLC
350 Mission St. SE, Ste 202
Salem, OR  97302
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org