## DECLARATION

The undersigned, hereby declare that the below statements are true to the best of their knowledge and belief:

In our roles as Mayor, City Council President, City Council Vice President, City Manager and City Attorney, we received concerns from Corvallis City staff, City Manager, City Councilors and community members about the conduct of Councilor Ellis during a September 13, 2023, Corvallis Climate Action Board and during a September 18, 2023, City Council meeting. Those concerns raised the question whether Councilor Ellis' conduct violated Corvallis Charter provisions prohibiting City Councilors from interfering with the City Manager's administration of the City.

Each of the undersigned observed in person or through video recordings, the respective meetings and concluded that the video recordings were substantial evidence sufficient to place this matter on the agenda for the attention of the City Council for consideration.

The Mayor, Council President and City Attorney met with Councilor Ellis on November 27, 2023, to deliver and discuss that certain draft Resolution which captures in writing allegations formed from the conduct observed in the September 13, 2023 Corvallis Climate Action Board and the September 18, 2023 City Council meeting videos and was intended for City Council consideration after a due process hearing in a public meeting.

During this meeting, Councilor Ellis was informed of her right to a due process hearing to defend her actions. Councilor Ellis stated that a hearing was unnecessary. Rather than proceed to a hearing, Councilor Ellis asked to make a statement at the December 4, 2023, City Council meeting as part of her intended resignation.

Exhibit 6
Page 1 of 2



Consistent with Councilor Ellis' request, a revised summary Resolution was drafted and placed in the Council packet for regular distribution to the Council and the public.

Thereafter, on December 1, 2023, we participated in or were informed and believe that Councilor Ellis accompanied by two individuals met with the City Attorney and Deputy City Attorney. During that meeting, Councilor Ellis communicated that she had changed her mind and requested a due process hearing. Consistent with that request the December 4, 2023, Agenda was amended by removing the anticipated forfeiture and declaration of vacancy item.

I make this declaration in support of and for the purpose of capturing an accurate written record and advancing a more thorough public understanding of this matter. I understand that the above statements are made for this purpose and the City's expected due process hearing and may be used as evidence in a Court proceeding and are subject to penalty for perjury.

Dated this 5th day of December 2023.

_____
Mayor Charles Maughan

_____
Council President, Tracey Yee

_____
Council Vice President, Hyatt Lytle

_____
City Manager, Mark Shepard

_____
City Attorney, James Brewer

Exhibit 6
Page 2 of 2