| | |
|---|---|
| **From:** | Ellis, Charlyn |
| **To:** | Downing, Alex |
| **Cc:** | Maughan, Charles |
| **Subject:** | motions for meeting |
| **Date:** | Sunday, September 17, 2023 8:31:09 PM |

Alex,

I plan on making following motions tomorrow night.

I move to make the BROW program, as written, a year-round and permanent, with periodic reviews for design guidelines and the fee structure.

The Climate Action Advisory Board requests that the city council direct the City manager to post the full time position for the job of Climate Program specialist within two weeks and provide an update of staffing at council meeting until the position is filled.

The CAAB also requests that the council direct the CM to appoint temporary support for monthly meetings until the position is filled.

Thanks! See you at five!

Charlyn Ellis
Ward Five
Corvallis Oregon

**Disclaimer:** This e-mail message is a public record of the City of Corvallis. The contents may be subject to public disclosure under Oregon Public Records Law and subject to the State of Oregon Records Retention Schedules. (OAR:166.200.0200-405)

Exhibit 11
Page 1 of 1