Jesse A. Buss, OSB No. 122919
Willamette Law Group, PC
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com
*Attorney for Plaintiff Charlyn Ellis*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| CHARLYN ELLIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CORVALLIS,<br><br>　　　　　　Defendant. | Case No. 6:24-cv00205-AA<br><br>**JOINT PROPOSED MODIFIED SCHEDULING ORDER** |

　　　　On February 22, 2024, this Court set the following summary judgment briefing schedule:

- 3/7/2024: Defendant's motion for summary judgment;
- 3/28/2024: Plaintiff's response and cross-motion for summary judgment;
- 4/18/2024: Defendant's reply and response;
- 5/2/2024: Plaintiff's reply.

ECF 9. On March 7th, Defendant filed its motion for summary judgment.

　　　　Due to a death in the family, Plaintiff's counsel conferred with counsel for Defendant regarding a modified briefing schedule, and the parties have agreed to one. With the proposed modified schedule, all remaining deadlines will be moved back by 14 days. Accordingly, the parties now propose to modify the above briefing schedule as follows:

- 4/11/2024: Plaintiff's response and cross-motion for summary judgment;
- 5/2/2024: Defendant's reply and response;
- 5/16/2024: Plaintiff's reply.

The parties ask the Court to adopt this modified briefing schedule.

Dated: March 26, 2024.

*/s/ Jesse A. Buss*
JESSE A. BUSS, OSB # 122919
Willamette Law Group, PC
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com
*Attorney for Plaintiff*

*/s/ Kerry J. Shepherd*
KERRY J. SHEPHERD, OSB # 944343
Markowitz Herbold PC
1455 SW Broadway, Suite 1900
Portland OR 97201
Tel: 503-295-3085
Email: kerryshepherd@markowitzherbold.com
*Of Attorneys for Defendant*