**Kerry J. Shepherd, OSB #944343**
KerryShepherd@MarkowitzHerbold.com
**Jordan E. Pahl, OSB #194335**
JordanPahl@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHARLYN ELLIS, an individual, | Case No. 6:24-cv-00205-AA |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ATTORNEY JORDAN PAHL** |
| v. | |
| CITY OF CORVALLIS, acting by and through the Corvallis City Council, | |
| Defendant. | |

Notice is hereby given that Jordan Pahl, OSB No. 194335, withdraws as counsel of record for defendant City of Corvallis.

Kerry Shepherd of Markowitz Herbold PC remains as counsel of record for defendant.

DATED:  June 6, 2024.         MARKOWITZ HERBOLD PC

*s/ Jordan Pahl*
Kerry J. Shepherd, OSB #944343
KerryShepherd@MarkowitzHerbold.com

Page 1 –     NOTICE OF WITHDRAWAL OF ATTORNEY JORDAN PAHL

Jordan E. Pahl, OSB #194335
JordanPahl@MarkowitzHerbold.com
*Attorneys for Defendant*

2154130

**Page 2 –**     NOTICE OF WITHDRAWAL OF ATTORNEY JORDAN PAHL