**Kerry J. Shepherd, OSB #944343**
KerryShepherd@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

*Attorneys for Defendant City of Corvallis*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHARLYN ELLIS, an individual, | Case No. 6:24-cv-00205-AA |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| CITY OF CORVALLIS, acting by and through the Corvallis City Council, | |
| Defendant. | |

**To:    The Clerk of the Court and All Parties**:

Kelsie G. Crippen of Markowitz Herbold PC, hereby enters her appearance as an attorney for defendant City of Corvallis in this action.  Kerry J. Shepherd remains as counsel of record for defendant City of Corvallis.  Ms. Crippen's contact information is as follows:

Page 1 –    NOTICE OF APPEARANCE OF COUNSEL

Kelsie G. Crippen, OSB #193454
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105

| | |
|---|---|
| DATED: October 18, 2024. | MARKOWITZ HERBOLD PC |
| | *s/ Kelsie G. Crippen* |
| | Kerry J. Shepherd, OSB #944343 |
| | KerryShepherd@MarkowitzHerbold.com |
| | Kelsie G. Crippen, OSB #193454 |
| | KelsieCrippen@MarkowitzHerbold.com |
| | *Attorneys for Defendant City of Corvallis* |

2214999.1

Page 2 –     NOTICE OF APPEARANCE OF COUNSEL