IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**CHARLYN ELLIS,**

    Plaintiff,

v.

**CITY OF CORVALLIS, acting by and through the Corvallis City Council,**

    Defendant.

No. 6:24-cv-00205-AA

**JUDGMENT**

AIKEN, District Judge.

For the reasons set forth in the accompanying Opinion and Order, judgment is entered for Plaintiff and the Court declares as follows:

The Discussion Clause and the Influence Clause of Section 23(f) of the Corvallis City Charter are facially unconstitutional under article I, section 8 of the Oregon Constitution and the City's efforts to expel Plaintiff from the City Council under those provisions are void.

Page 1 – JUDGMENT

The Discussion Clause and the Influence Clause of Section 23(f) of the Corvallis City Charter are facially unconstitutional under the First Amendment and the City's efforts to expel Plaintiff from the City Council under those provisions are void.

Plaintiff is awarded nominal damages in the amount of $1.00. The Court will consider a motion for attorney fees under 42 U.S.C. § 1988 at the appropriate time.

It is so ORDERED and DATED this  10th  day of January 2025

                                       /s/Ann Aiken
                                       ANN AIKEN
                                       United States District Judge